IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:20-CR-85 |
| vs. | ORDER |
| LAMESHA WRIGHT-COOK, | |
| Defendant. | |

This matter comes on for Plaintiff's Motion to Dismiss the Information without prejudice pursuant to Federal Rule of Criminal Procedure 48(a). Filing 10. Plaintiff's Motion to Dismiss is granted.

IT IS ORDERED:

1. The Motion to Dismiss the Information; Filing 10, is granted;

2. The Information, Filing 1, is dismissed without prejudice;

3. The initial appearance scheduled for August 7, 2020 is cancelled; and

4. The case is dismissed without prejudice.

Dated this 6th day of August, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge